**Clarence MOTLEY, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 17-7484**

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

Clarence Motley, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Motley, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice.* We have reviewed the record and find no reversible error. Motley has failed to satisfy his burden of demonstrating that 28 U.S.C. § 2255 (2012) is an inadequate or ineffective means of challenging the validity of his detention. *See Rice v. Rivera*, 617 F.3d 802, 807 (4th Cir. 2010); *United States v. Poole*, 531 F.3d 263, 267 n.7 (4th Cir. 2008). The district court lacked jurisdiction over Motley's petition, *Rice*, 617 F.3d at 807, and we therefore grant leave to proceed in forma pauperis and affirm the district court's judgment. *Motley v. United States*, No. 5:17-hc-02075-BO (E.D.N.C. Sept. 27 & 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The district court concluded that Motley could not proceed under both 28 U.S.C. § 2241 and 28 U.S.C. § 2255. Motley, however, confines his appeal to the district court's dismissal of the § 2241 petition.